IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHLEEN and LAWRENCE YENCHIK, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION |
| | : NO. 12-6702 |
| MARK ROSS, D.P.M. et al, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this \_\_\_\_ day of March, 2014, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned action as **CLOSED** for statistical purposes.

BY THE COURT

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**